J-S11043-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| HOTEL FURNITURE LIQUIDATORS OF PHILADELPHIA, INC. | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | |
| CASTOR AVENUE PROPERTIES, LLC | |
| Appellant | No. 2075 EDA 2015 |

Appeal from the Order Entered May 27, 2015
In the Court of Common Pleas of Philadelphia County
Civil Division at No(s): December Term, 2014, No. 00855

---------------------------------------------------------------------------------

| | |
|---|---|
| HOTEL FURNITURE LIQUIDATORS OF PHILADELPHIA, INC. | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | |
| CASTOR AVENUE PROPERTIES, LLC | |
| Appellant | No. 2377 EDA 2015 |

Appeal from the Judgment Entered June 26, 2015
In the Court of Common Pleas of Philadelphia County
Civil Division at No(s): December Term, 2014, No. 00855

BEFORE:  FORD ELLIOTT, P.J.E., OTT, J., and MUSMANNO, J.

CONCURRING AND DISSENTING STATEMENT BY OTT, J.:**FILED APRIL 29, 2016**

While I join in the decision of the Majority that rejected the argument

of Castor Avenue Properties, LLC ("Castor") that the trial court erred in

denying its Petition to Open Default Judgment, I write separately to express

my view that Castor waived its argument that the trial court erred as a matter of law in assessing damages against Castor. In my view, because Castor failed to file a motion for post-trial relief as required by Pennsylvania Rule of Civil Procedure 227.1 following the assessment of damages hearing, this Court should not address the damages issue on the merits. Therefore, I would adopt the trial court's discussion regarding waiver as dispositive of this issue. *See* Trial Court Opinion, 8/28/2015, at 7–8.